```
                          United States Bankruptcy Court
                         Eastern District of North Carolina
In re:                                                              Case No. 19-04512-DMW
Tresia Ann Treloar                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: admin            Page 1 of 1            Date Rcvd: Oct 01, 2019
                              Form ID: 309I          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
```
6144564        +AutoMoney Inc Dillon No 2,    2375 N Hwy 301,    Dillon, SC 29536-7808
6144565         Carolina Payday Loans,    701 us 301,    Dillon, SC  29536
6144566         JOEMC,    259 Western Blvd,    Jacksonville, NC 28546-5736
6144567         John M. Romulus DDA,    c/o Dynamic Dental,    301 Dolphin Dr No 1,    Jacksonville, NC  28546
6144558        +Kinston Auto Mart,    1711 W Vernon Ave,    Kinston, NC 28504-3439
6144568        +MidEast Acceptance,    PO Box 30925,    Greenville, NC 27833-0925
6144559        +National Credit Care,    1499 W 121st Ave No 300,    Westminster, CO 80234-3437
6144560        +Ramona Visocksy,    c/o Independence Rentals Prop Mgmt,    445 Western Blvd Ste 1,
                 Jacksonville, NC 28546-6845
6144570        +Santander Consumer USA,    PO Box 961211,    Fort Worth, TX 76161-0211
6144562        +US Dept of ED GLEL SI,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: tloveandlaugh@hotmail.com Oct 02 2019 04:56:43     Tresia Ann Treloar,
                 300 Weatherford Drive,    Jacksonville, NC 28540-9378
6144555        +E-mail/Text: agency@americanfirstfinance.com Oct 02 2019 04:58:06     American First Finance,
                 3515 N Ridge Road No 200,    Wichita, KS 67205-1206
6144556        +E-mail/Text: support@bullcityfinancial.com Oct 02 2019 04:58:10
                 Bull City Financial Solutions,    2609 N Duke Street Ste 500,    Durham, NC 27704-0015
6144557        +E-mail/Text: bankruptcy@fsnb.com Oct 02 2019 04:58:17     FSNB,    PO Box 33009,
                 Foti Sill, OK 73503-0009
6144569        +E-mail/Text: bankruptcydept@ncsecu.org Oct 02 2019 04:57:59     NC State Employees Credit Union,
                 Attn Loan Servicing,    PO Drawer 25279,    Raleigh, NC 27611-5279
6144561         EDI: AISTMBL.COM Oct 02 2019 08:48:00      Tmobile,    PO Box  742596,
                 Cincinnati, OH  45274-2596
6144571        +E-mail/Text: bankruptcy@unitedacceptance.com Oct 02 2019 04:57:47     United Acceptance Inc,
                 2400 Lake Park Dr SE Ste 100,    Smyrna, GA 30080-8993
6144563        +EDI: BLUESTEM Oct 02 2019 08:48:00      WEBBANK Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
```
NONE.                                                                                         TOTAL: 0
```

|  | United States Bankruptcy Court<br>Eastern District of North Carolina<br>New Bern Division |  |
|---|---|---|
| Debtor 1 | **Tresia Ann Treloar** | Social Security number or ITIN **xxx–xx–4260** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
|  |  | Date case filed for chapter **13   10/1/19** |
| Case number: | **19–04512–5–DMW** |  |

<u>Official Form 309I</u>
**Notice of Chapter 13 Bankruptcy Case**                                             **07/18**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 14 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Tresia Ann Treloar |  |
| 2. | All other names used in the last 8 years | aka Tresia Ann Waters |  |
| 3. | Address | 300 Weatherford Drive<br>Jacksonville, NC 28540 |  |
| 4. | **Debtor's attorney**<br>Name and address | Tresia Ann Treloar<br>300 Weatherford Drive<br>Jacksonville, NC 28540 | Contact phone: 910–627–9017 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph A. Bledsoe III<br>PO Box 1618<br>New Bern, NC 28563 | Contact phone: 252 633–0074 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602 | Office Hours: 8:30 a.m. – 4:30 p.m.<br>Contact phone: 919–856–4752<br>Date: 10/1/19 |

**For more information, see page 2**

| | |
|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | Location:<br>**U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560** |
| The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **October 30, 2019** at **10:30 AM**<br>*Please bring a government issued picture ID with you to the meeting of creditors. This ID is required for entry into the building.* |

**8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint to challenge dischargeability of certain debts:** Filing deadline: 12/30/19

**You must file:**
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** Filing deadline: 12/10/19

**Deadline for governmental units to file a proof of claim:** Filing deadline: 3/30/20

**Deadlines for filing proof of claim:**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nceb.uscourts.gov or any bankruptcy clerk's office. Alternatively, the claim may be filed electronically on the above website by accessing the Proof of Claim section. *When filing electronically, it is not necessary to complete a paper claim form.*

If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**9. Filing of plan**
The debtor has not filed a plan as of this date. The plan will be served separately by the debtor at a later time, and a certificate of service will be filed with the court. **Objections to confirmation of the plan must be in writing and filed no later than 7 days prior to the date first scheduled for hearing on confirmation.**

If objections are timely filed, the hearing on confirmation will be held on **12/19/19** at **10:30 AM**
Location: **U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560**
If an amended plan is filed within 14 days of the confirmation hearing, a motion to continue the hearing must be filed.

**10. Creditors with a foreign address**
If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Electronic noticing**
Parties may opt to receive notices from the court via email rather than U.S. Mail. Register at https://bankruptcynotices.uscourts.gov.

**12. Filing a chapter 13 bankruptcy case**
Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise.

**13. Exempt property**
The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline.

**14. Discharge of debts**
Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any

of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.