111919.0015.2V. 01247868.001

# United States Bankruptcy Court

Eastern District of North Carolina New Bern Division

1904512.Court.278
19-04512-5-DMW

1904512
PRO SE/TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE
JACKSONVILLE, NC 28540

IN RE
TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE

JACKSONVILLE, NC 28540
SSN or Tax I.D. XXX-XX-4260

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:
TRESIA ANN WATERS

CLAIM NO: -Court-A        U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

Failure to file required pre-petition tax returns pursuant to §§ 1325(a)(9),1308
and/or Failure to provide copy of most recent tax return pursuant to
§§ 521(e)(2)(A)(i), 1307(c); EDNC LBR 4002-1(a)(2).
Plan fails to provide secured claim treatment pursuant to § 1325(a)(5)
Failure to propose plan in good faith pursuant to § 1325(a)(3)

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and request that that the court conduct a hearing on Trustee's objection.

DATED: November 19, 2019         /S/ Joseph A. Bledsoe, III
                                 _____
                                 Joseph A. Bledsoe, III
                                 Chapter 13 Trustee

# CERTIFICATE OF MAILING

CASE: 1904512  TRUSTEE: 2V  COURT: 278
TASK: 11-18-2019 .01247868.BLB018  DATED: 11/19/2019

| | | |
|---|---|---|
| Court | Served Electronically | |
| Trustee | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | TRESIA ANN TRELOAR | 300 WEATHERFORD DRIVE<br>JACKSONVILLE, NC 28540 |

3 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/19/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON  11/19/2019  BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail