111919.0015.2V.01247867.001

# United States Bankruptcy Court
Eastern District of North Carolina New Bern Division

1904512.Court.278
19-04512-5-DMW

1904512
PRO SE/TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE
JACKSONVILLE, NC 28540

IN RE
TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE

JACKSONVILLE, NC 28540

SSN or Tax I.D. XXX-XX-4260

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:
TRESIA ANN WATERS

CLAIM NO: -Court-A     U.S.

## OBJECTION TO CONFIRMATION
## AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

Failure to appear at §341 Meeting of Creditors pursuant to §§ 343, 1307(c)

Failure to provide copy of most recent tax return pursuant to §§ 521(e)(2)(A)(i) 1307(c); EDNC LBR 4002-1(a)(2)

Failure to commence timely plan payments pursuant to §§ 1307(c)(4), 1326(a)(1); EDNC LBR 4002-1(g)(2)

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED: November 19, 2019      /S/ Joseph A. Bledsoe, III

Joseph A. Bledsoe, III
Chapter 13 Trustee

# CERTIFICATE OF MAILING

0015

| | | | |
|---|---|---|---|
| CASE: 1904512 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 11-18-2019.01247867.BLB014 | | DATED: 11/19/2019 | |

Court  Served Electronically

Trustee  Joseph A. Bledsoe, III  P.O. Box 1618
    New Bern, NC 28563

Debtor  TRESIA ANN TRELOAR  300 WEATHERFORD DRIVE
    JACKSONVILLE, NC 28540

3 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/19/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 11/19/2019 BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail