

FILED

DEC 0 9 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

IN RE:                                                            Case No: 19-04512-5-DMW
Tresia Ann Treloar                                               Chapter 13

## RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMAITON
## AND MOTION TO DISMISS

The Debtor attended her original 341 Meeting of Creditors but was not prepared to go forth with her hearing as she needed to make some major changes to her plan. Debtor has in good faith now filed an Amended Chapter 13 Plan to provide secured claim treatment to meet Bankruptcy requirements and has provided copy to the Trustee.

The Debtor brought copies of her tax returns to her 341 hearing but did not present them as she was not ready to go forth with her hearing. The Debtor has now provided copies of her required tax returns to the Trustee.

After the Debtor's 341 Meeting of Creditor's, the Debtor met with an attorney to assist her in her Bankruptcy to include an Amended Chapter 13 Plan, but Debtor could not afford the upfront fee of $2,500.00 for the attorney and pay plan payments.

Debtor believes she has now properly executed a confirmable Amended Chapter 13 Plan.

Debtor will send both November 1 and December 1, 2019 payments due under the Amended Chapter 13 Plan to the Trustee.

Debtor believes she has met all the requirements set forth by the Trustee causing the Objection to Confirmation and Motion to Dismiss.

This the 6th day of December, 2019.

Tresia Ann Treloar
Pro-se
300 Weatherford Drive
Jacksonville, NC 28540

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                                        Case No: 19-04512-5-DMW
Tresia Ann Treloar                                            Chapter 13

CERTIFICATE OF SERVICE

The undersigned, of 300 Weatherford Drive, Jacksonville, North Carolina  28540, certifies:

That on today's date, I filed the foregoing RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS with the Clerk of the Court and have mailed the documents to the recipients listed below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 6th day of December, 2019.

Tresia Ann Treloar
Pro-se
300 Weatherford Drive
Jacksonville, NC  28540

Recipients:
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern, North Carolina  28563
Via First Class Mail



**TRESIA A TRELOAR**
121 CASEY CT 300 Weatherford price
JACKSONVILLE, NC 28540-8580

136

66-21/530 10388

12/6/19
Date

Pay to the
Order of _Chapter 13 Trustee_ __ $ 993.00

Nine hundred & ninety-three _____ Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
North Carolina
wellsfargo.com

For_ Nov 1 & Dec, 2019

⑆053000219⑆ 898032 8184⑆ 00136

copy

made
to Trustee

12/6/19