# FILED

DEC 1 3 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

Tresia Ann Treloar

Case No:  19-04512-5-DMW

Chapter 13

## MOTION TO CONTINUE CONFIRMATION HEARING
### DUE TO AMENDED CHAPTER 13 PLAN

The Debtor has proposed an Amended Chapter 13 Plan to address outstanding issues proposed by Creditors' and Trustees' Motions and has filed this Motion to Continue Confirmation Hearing.

This the 11th day of December, 2019.

Tresia Ann Treloar
Pro-se
300 Weatherford Drive
Jacksonville, NC  28540

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                      Case No:  19-04512-5-DMW
Tresia Ann Treloar                          Chapter 13

CERTIFICATE OF SERVICE

The undersigned, of 300 Weatherford Drive, Jacksonville, North Carolina  28540, certifies:

That on today's date, I filed the foregoing MOTION TO CONTINUE CONFIRMATION HEARING DUE TO AMENDED CHAPTER 13 PLAN with the Clerk of the Court and have mailed the documents to the recipients listed below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 11ᵗʰ day of December, 2019.

Tresia Ann Treloar
Pro-se
300 Weatherford Drive
Jacksonville, NC  28540

Recipients:
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern, North Carolina  28563
Via First Class Mail

Attached Creditor List

Creditor List:

American First Finance
PO Box 565848
Dallas, TX 75356

AutoMoney Inc Dillon No 2
2375 N HWY 301
Dillon, SC 29536

Bull City Financial Services
2609 N Duke Street Ste 500
Durham, NC 27704

Carolina Payday Loans
401 HWY, 301 North
Dillon, SC 29536

FSNB
PO Box 33009
Fort Sill, OK 73503

JOEMC
259 Western Blvd
Jacksonville, NC 28546-5736

John M. Romulus, DDA
c/o Dynamic Dental
301 Dolphin Dr No 1
Jacksonville, NC 28546

Kinston Auto Mart
1711 W Vernon Ave
Kinston, NC 28504

National Care Credit
1499 W 121st Ave No 300
Westminster, CO 80234

MidEast Acceptance
c/o William F. Hill, Attorney
PO Box 2517
Greenville, NC 27836

Ramona Vicosky
c/o Independence Rentals Prop Mgmt
445 Western Blvd, Ste 1
Jacksonville, NC 28546

NC State Employees Credit Union
Attn Loan Servicing
PO Drawer 25279
Raleigh, NC 27611

Sprint
KSOPHT0101-Z4300
63691 Sprint Parkway
Overland Park, KS 66251-4300

Santander Consumer USA
PO Box 961211
Fort Worth, TX 76161

Tmobile
PO Box 742596
Cincinnati, OH 45274-2596

United Acceptance Inc
2400 Lake Park Dr SE, Ste 100
Smyrna, GA 30080

US Dept of ED GLEL SI
PO Box 7860
Madison, WI 53707

WEBBANK Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303