# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Tresia Ann Treloar
 ( <u>*known aliases*</u>: *Tresia Ann Waters* )
300 Weatherford Drive
Jacksonville, NC 28540

CASE NO.: 19–04512–5–DMW

DATE FILED: October 1, 2019

CHAPTER: 13

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:    Thursday, January 16, 2020
TIME:    10:30 AM
PLACE:    U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560

Objections to the amended plan are due 7 days prior to the continued hearing date indicated above.

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: December 17, 2019

                                          David M. Warren
                                          United States Bankruptcy Judge