# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:  
Tresia Ann Treloar  
( _known aliases_: _Tresia Ann Waters_ )  
300 Weatherford Drive  
Jacksonville, NC 28540

CASE NO.: 19–04512–5–DMW

DATE FILED: October 1, 2019

CHAPTER: 13

## NOTICE RESCHEDULING 341 MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the section 341 meeting of creditors for Tresia Ann Treloar is rescheduled to take place on:

DATE: Friday, January 17, 2020  
TIME: 10:30 AM  
PLACE: U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560

The hearing on confirmation will be held on:

DATE: Thursday, February 27, 2020  
TIME: 10:30 AM  
PLACE: U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560

DATED: December 20, 2019

                                                    Stephanie J. Butler  
                                                    Clerk of Court