# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Tresia Ann Treloar
( *known aliases*: *Tresia Ann Waters* )
300 Weatherford Drive
Jacksonville, NC 28540

CASE NO.: 19-04512-5-DMW

DATE FILED: October 1, 2019

CHAPTER: 13

FILED

DEC 23 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

## ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE: Thursday, January 16, 2020
TIME: 10:30 AM
PLACE: U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street, New Bern, NC 28560

Objections to the amended plan are due 7 days prior to the continued hearing date indicated above.

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: December 17, 2019

David M. Warren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:  
Tresia Ann Treloar

Case No: 19-04512-5-DMW  
Chapter 13

**FILED**

DEC 23 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

CERTIFICATE OF SERVICE

The undersigned, of 300 Weatherford Drive, Jacksonville, North Carolina 28540, certifies

That on today's date, I filed the foregoing ORDER CONTINUING CONFIRMATION HEARING with the Clerk of the Court and have mailed the documents to the recipients listed below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 18th day of December, 2019.

Tresia Ann Treloar
Pro-se
300 Weatherford Drive
Jacksonville, NC 28540

Recipients:
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern, North Carolina 28563
Via First Class Mail

Attached Creditor List

Creditor List:

American First Finance  
PO Box 565848  
Dallas, TX 75356

AutoMoney Inc Dillon No 2  
2375 N HWY 301  
Dillon, SC 29536

Bull City Financial Services  
2609 N Duke Street Ste 500  
Durham, NC 27704

Carolina Payday Loans  
401 HWY, 301 North  
Dillon, SC 29536

FSNB  
PO Box 33009  
Fort Sill, OK 73503

JOEMC  
259 Western Blvd  
Jacksonville, NC 28546-5736

John M. Romulus, DDA  
c/o Dynamic Dental  
301 Dolphin Dr No 1  
Jacksonville, NC 28546

Kinston Auto Mart  
1711 W Vernon Ave  
Kinston, NC 28504

National Care Credit  
1499 W 121st Ave No 300  
Westminster, CO 80234

MidEast Acceptance  
c/o William F. Hill, Attorney  
PO Box 2517  
Greenville, NC 27836

Ramona Vicosky  
c/o Independence Rentals Prop Mgmt  
445 Western Blvd, Ste 1  
Jacksonville, NC 28546

NC State Employees Credit Union  
Attn Loan Servicing  
PO Drawer 25279  
Raleigh, NC 27611

Sprint  
KSOPHT0101-Z4300  
63691 Sprint Parkway  
Overland Park, KS 66251-4300

Santander Consumer USA  
PO Box 961211  
Fort Worth, TX 76161

Tmobile  
PO Box 742596  
Cincinnati, OH 45274-2596

United Acceptance Inc  
2400 Lake Park Dr SE, Ste 100  
Smyrna, GA 30080

US Dept of ED GLEL SI  
PO Box 7860  
Madison, WI 53707

WEBBANK Fingerhut  
6250 Ridgewood Rd  
Saint Cloud, MN 56303