012020.0015.2V.01265564.001

# United States Bankruptcy Court

Eastern District of North Carolina New Bern Division

1904512.Court.278
19-04512-5-DMW

IN RE
TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE

JACKSONVILLE, NC 28540

SSN or Tax I.D. XXX-XX-4260

1904512
PRO SE/TRESIA ANN TRELOAR
300 WEATHERFORD DRIVE
JACKSONVILLE, NC 28540

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:
TRESIA ANN WATERS

CLAIM NO: -Court-A    U.S.

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: February 27, 2020
TIME: 10:00 AM
PLACE: US Post Office and Courthouse
1st Floor Courtroom
413 Middle Street
New Bern, NC 28560

to consider and act on the following matters the Trustee's Motion to Dismiss and to transact all other business as may properly come before the court.

DATED: January 20, 2020                    Stephanie J. Butler
                                            Clerk of Court

# CERTIFICATE OF MAILING

0015

| | | | |
|---|---|---|---|
| CASE: 1904512 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 01-17-2020.01265564.BLB002 | | DATED: 01/20/2020 | |

Court      Served Electronically

Trustee      Joseph A. Bledsoe, III      P.O. Box 1618
                                                                                       New Bern, NC 28563

Debtor      TRESIA ANN TRELOAR      300 WEATHERFORD DRIVE
                                                                                        JACKSONVILLE, NC 28540

3 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 01/20/2020.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    01/20/2020    BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail